UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAYFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:23-cv-00553-GSA<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION**<br><br><br>(Doc. 5) |

Counsel Theodore Norwood paid the appropriate filing fee, moved to appear *pro hac vice* pursuant to Local Rule 180(b)(2) and certified compliance therewith, including a certificate of good standing in counsel's jurisdiction of admission and no *pro hac vice* applications in this court in the past year.

Accordingly, it is **ORDERED** that the application to appear *pro hac vice* is **GRANTED** and counsel is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **April 12, 2023**　　　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE