PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARTIN MAYFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:23-cv-00553-GSA<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court

be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

| | |
|---|---|
| Date: *September 27, 2023* | LAW OFFICES OF FRANCESCO BENAVIDES & NORWOOD LAW LLC |
| | By:   */s/ Caspar Chan for Theodore Norwood\** <br> FRANCESCO BENAVIDES <br> THEODORE NORWOOD <br> *\*Authorized by email on September 5, 2023* <br> Attorneys for Plaintiff |
| Date: *September 27, 2023* | PHILIP A. TALBERT <br> United States Attorney <br> Eastern District of California |
| | By:   */s/ Caspar Chan* <br> CASPAR CHAN <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

   Dated:   **September 27, 2023**              **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE