# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAYFIELD, ) | |
| ) | Case No. 1:23-cv-00553-GSA |
| Plaintiff, ) | |
| ) | PROPOSED ORDER |
| v. ) | |
| ) | |
| LELAND DUDEK, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Defendant, the Acting Commissioner of Social Security, has requested an extension of 30 days in which to respond to Plaintiff's Motion for Award of Attorney Fees under 42 U.S.C. § 406(b) (ECF No. 16), changing the date on which Defendant's response is due from April 16, 2025, to May 16, 2025. This is Defendant's first request for an extension. For good cause shown, and finding no objection from Plaintiff, Defendant's Motion is granted. Defendant shall file a response to Plaintiff's Motion for Award of Attorney Fees under 42 U.S.C. § 406(b) on or before May 16, 2025.

IT IS SO ORDERED.

Dated:  **April 9, 2025**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE